

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LOYD PHELL BLACK, Appellant

No. 05-94-00221-CR       V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court of Appeals No. 1 of Dallas County, Texas. (Tr.Ct.No. MC93-A-7452-D).
Opinion delivered per curiam before Chief Justice Thomas and Justices Wright and Moseley.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered April 30, 1997.

_____
JIM MOSELEY
JUSTICE.

**AFFIRMED and Opinion Filed April 30, 1997**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-94-00221-CR

---

**LOYD PHELL BLACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC93-A-7452-D**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Wright and Moseley

Loyd Phell Black appeals from his conviction, following a jury trial de novo in the county criminal court of appeals, for failure to maintain financial responsibility.[1] The jury assessed punishment at a $300 fine. Appellant is prosecuting this appeal pro se. The transcript was filed in this cause on March 25, 1994. No statement of facts has been filed

---

[1] *See* Act of May 27, 1991, 72d Leg., R.S., ch. 242, § 10.05, 1991 Tex. Gen. Laws 1032, 1032, *repealed by* Act of May 12, 1995, 74th Leg., R.S., ch. 165, § 24(a), 1995 Tex. Gen. Laws 1870, 1870 (recodified at Tex. Trans. Code Ann. § 601.191 (Vernon Supp. Pamph. 1997)).

in this cause. On February 14, 1997, this Court sent appellant a letter telling him that since no statement of facts had been filed, we presumed that none would be forthcoming and would submit the appeal on the transcript alone.[2] We directed appellant to file his brief by March 16, 1997. The letter further stated that if appellant did not file his brief within the time specified, we may submit this cause without a brief. We received no response from appellant. Accordingly, we submit this appeal without briefs.

Absent a brief, no points of error are properly before this Court. Having found no fundamental error, we affirm the trial court's judgment.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 90

---

[2] The docket sheet contains an entry that a hearing was held regarding appellant's claim of indigency and the trial court found that appellant was not indigent.